# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 664 | **DATE** | 8/19/2008 |
| **CASE TITLE** | USA vs. Martha Delgado | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Martha Delgado appears in response to arrest on 08/19/08. Defendant informed of her rights. The court finds defendant unable to afford counsel. Marilyn A. Miller from the Federal Defender Panel is appointed as counsel for defendant. Government moves for pretrial detention. Detention hearing set for 08/25/08 at 2:30 p.m. Status hearing on preliminary examination hearing set for 08/25/08 at 2:30 p.m. Defendant shall remain in custody pending the detention hearing.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|

FILED-FP
2008 AUG 20 AM 11:26
U.S. DISTRICT COURT