# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 664 | **DATE** | 8/25/2008 |
| **CASE TITLE** | USA vs. Martha Delgado | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government moves for pretrial detention. Defendant does not contest the government's motion for pretrial detention at this time. This is without prejudice to defendant's right to move at a later time for pretrial release on conditions. Government's oral motion for pretrial detention is granted. Defendant shall remain in custody pending trial or until further order of the Court. Status hearing on preliminary examination hearing held and continued to 09/03/08 at 2:00 p.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|