# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 664 | **DATE** | 9/3/2008 |
| **CASE TITLE** | USA vs. Martha Delgado | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 09/05/08 at 2:30 p.m. For the reasons stated on the record, defendant waives the time period for the preliminary examination hearing and agrees to a status on the scheduling of the preliminary examination hearing on 09/05/08. Marilyn Ann Miller is given leave to withdraw as counsel for the defendant. Timothy Roellig is give leave to file an appearance on behalf of the defendant.

Docketing to mail notices.

00:05

| | | Courtroom Deputy Initials: | NTF |
|---|---|---|---|