# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

USA v. Martha Delgado

Case Number: 08 CR 664

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FILED
SEP 03 2008
MAGISTRATE JUDGE GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | Timothy R. Roellig |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ [signature] |
| FIRM | Novelle & Roellig, LLC. |
| STREET ADDRESS | 47 W. Polk, Suite M11 |
| CITY/STATE/ZIP | Chicago, IL 60605 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6230135 |
| TELEPHONE NUMBER | 312-786-1100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [X]    APPOINTED COUNSEL [ ]